

Cullen and Dykman LLP
One Battery Park Plaza
New York, NY 10004
T: 212.732.2000
F: 212.825.1531

**RICHARD A. COPPOLA**
PARTNER
DIRECT: 212-510-2250
DIRECT FAX: 212-742-1219
EMAIL: rcoppola@cullenllp.com

February 17, 2023

**VIA ECF**

The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

*Application GRANTED. In light of the extension, the initial pretrial conference is ADJOURNED to March 22, 2023, at 9 a.m. The parties shall file their pre-conference materials no later than the Thursday before the conference. The Clerk of Court is directed to terminate ECF No. 24. SO ORDERED.*

*February 21, 2023*

Re:    *Zhu Jun, aka Jun (Jane) Le Gall v. Bank of America, N.A., Bank Santander, N.A.
Daniel Smith, Dave Grayson, Fred Hurd or Estate of Fred Hurd*
Case No. 1:22-cv-10466-JMF

Dear Judge Furman:

We write this letter on behalf of defendants Santander Bank, N.A. s/h/a Bank Santander, N.A. ("Santander") and Bank of America, N.A. ("Bank of America") (collectively "the Bank Defendants"). Pursuant to Rule 2(E) of Your Honor's Individual Rules and Practices in Civil Cases, we write jointly to respectfully request an extension from February 27, 2023 to March 14, 2023 to respond to the Complaint so as to allow the parties time to explore possible settlement and because Santander's in-house counsel has a scheduled vacation next week and will not be available to review a draft response to the Complaint. Plaintiff's counsel and the undersigned had an initial settlement discussion on the phone on February 15, 2023. This is the second such request by the Bank Defendants. This Court previously granted the Bank Defendants' prior separate applications to respond to the Complaint from January 3, 2023 (for Bank of America) and January 17, 2023 (for Santander) to February 27, 2023. Plaintiff consents to the Bank Defendants' request for an extension of time to respond to the Complaint. There is an Initial Pretrial Conference scheduled for March 1, 2023 at 9:00 a.m. In light of this extension request, the Bank Defendants respectfully request an adjournment of the conference. Plaintiff does not consent to this request.

Respectfully submitted,

Richard A. Coppola and Shan P. Massand

cc:    All counsel of record (via ECF)

FOUNDED 1850

**NEW YORK      NEW JERSEY      WASHINGTON DC**