UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                          :

ZHU JUN a/k/a JUN "JANE" LE GALL,         :
                                            :

                 Plaintiff,          :              22-CV-10466 (JMF)
                                            :

        -v-                        :                  ORDER
                                            :

BANK OF AMERICA, N.A. et al.,            :
                                            :

                 Defendants.       :
                                            :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of the new motion to dismiss filed by Defendants Bank of America, N.A. and Santander Bank, N.A. (the "Bank Defendants"), *see* ECF No. 53, their earlier motion to dismiss filed at ECF No. 27 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **May 9, 2023**.  The Bank Defendants' reply, if any, is due by **May 16, 2023**.

        The Clerk of Court is directed to terminate ECF No. 27.

        SO ORDERED.

Dated:  April 26, 2023
        New York, New York                             _____
                                               JESSE M. FURMAN
                                         United States District Judge